IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**MONICA MORRIS**  **PLAINTIFF**
ADC #712959

v.  Case No. 3:23-CV-00191-LPR

**DOES**  **DEFENDANTS**

## ORDER

Plaintiff Monica Morris filed this action *pro se* without prepayment of the $402.00 filing fee or an Application to Proceed Without Prepayment of Fees and Affidavit.[1] To proceed with this action, Ms. Morris must, within 45 days from the entry of this Order, either pay the statutory filing fee or complete an Application to Proceed Without Prepayment of Fees and Affidavit. If she does not do one or the other within 45 days, her case will be dismissed without prejudice.[2]

A cursory review of Ms. Morris's Complaint reveals that it is scantily pled. Ms. Morris's allegations are terribly unclear, she has not formally named any defendants, and she does not request any specific relief.[3] If she wants to proceed beyond the screening stage, Ms. Morris must file an amended complaint (within 45 days from the entry of this Order) explaining in plain language who she is suing and why, as well as the specific relief she is requesting. The Court needs the Amended Complaint to set out in a more orderly fashion the who, what, when, why, and how of Ms. Morris's troubles. Failure to do so will likely result in the dismissal of this lawsuit.

The Court directs the Clerk to send Ms. Morris a prisoner Application to Proceed Without Prepayment of Fees and Affidavit, a blank § 1983 complaint form, and a copy of this Order.

---

[1] Compl. (Doc. 1).

[2] Local Rule 5.5(c)(2).

[3] Compl. (Doc. 1).

IT IS SO ORDERED this 3rd day of October 2023.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE