IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**MONICA MORRIS**  **PLAINTIFF**
**ADC #712959**

v.  Case No. 3:23-CV-00191-LPR

**DOES**  **DEFENDANTS**

## ORDER

On October 3, 2023, this Court ordered Plaintiff Monica Morris to, within 45 days, either (1) return a completed *in forma pauperis* application, or (2) pay the $402.00 filing and administrative fees.[1] The Court warned Ms. Morris that her failure to comply with the Order would result in the dismissal of her Complaint.[2]

Ms. Morris has not complied with, or otherwise responded to, the Court's October 3 Order, and the time for doing so has expired. Accordingly, her Complaint is DISMISSED without prejudice pursuant to Local Rule 5.5(c)(2). The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order or the accompanying Judgment would not be taken in good faith.

IT IS SO ORDERED this 7th day of December 2023.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[1] Order (Doc. 4).

[2] *Id.*